# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STATE & KINZIE ASSOCIATES, INC., | ) | Case No. 07-12150 |
| | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: January 13, 2009 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF HEARING

TO:   **Attached Service List**

**PLEASE TAKE NOTICE** that on **January 13, 2009 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Eugene R. Wedoff**, Bankruptcy Judge, in Courtroom 744 of the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead and hearing bankruptcy motions, and shall then and there present the **Final Application of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC ("Shaw Gussis") as Counsel to State and Kinzie Associates, Inc. for Allowance of Chapter 11 Compensation and Reimbursement of Expenses and Related Relief** ("Application"), pursuant to which Shaw Gussis seeks (i) allowance of **final** compensation in the amount of $17,065.00 and reimbursement of expenses in the amount of $570.19 for the period beginning June 1, 2008 through and including December 12, 2008 and (ii) the final allowance of $111,552.60 in fees and expenses previously allowed by the Court on an interim basis.

**PLEASE TAKE FURTHER NOTICE** that any creditor or party in interest may appear at the hearing if he or she sees fit to appear.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Application is on file with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application may be continued from time to time, as necessary, without further written notice.

Dated: December 23, 2008

Allen J. Guon (#6244526)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile
aguon@shawgussis.com

{6531 APPL A0221811.DOC}

## CERTIFICATE OF SERVICE

Allen J. Guon certifies that on the **24th day of December, 2008** he caused to be served a true and correct copy of the attached **Notice of Hearing for Final Application of Shaw Gussis Fishman Glantz Wolfson & Towbin as Counsel to State and Kinzie Associates, Inc. for Allowance of Chapter 11 Compensation and Reimbursement of Expenses and Related Relief,** was duly served upon the persons listed below by prepaid first-class U.S. Mail.

/s/Allen J. Guon

## SERVICE LIST

LaSalle Bank Natl Assoc as trustee
LaSalle Bank N.A.
c/o David G Lynch, DLA Piper US LLP
203 N. LaSalle St., Ste. 1800
Chicago, IL 60601-1264

Lombard General Insurance Company
of Canada
305 Madison Ave.
Morristown, NJ 07960-6117

Maria Rocha
400 N. State St.
Chicago, IL 60654-5624

Marijo Gordon Designs
400 N. State St., Ste. 440A
Chicago, IL 60654-5624

Michael S. Schwendener
1000 Vandustrial Dr.
Westmont, IL 60559-2468

Midwest Bank & Trust Company
501 West North Avenue
Melrose Park, IL 60160-1628
Attn: Thomas A. Caravello

Midwest Bank and Trust Company c/o
Aronberg Goldgehn Davis & Garmisa
330 N Wabash Avenuye Suite 1700
Chicago, IL 60611-3586

Millennium Properties R/E, Inc.
Attn: Daniel J. Hyman
20 S. Clark, Ste. 630
Chicago, IL 60603-1831

National Fire Insurance Company
of Hartford
333 S. Wabash
Chicago, IL 60604-4107

Peoples Energy
Chicago, IL 60687-0001

Premier Waste & Recycling
PO Box 17111
Chicago, IL 60617-0111

Quill Corporation
PO Box 94081
Palatine, IL 60094-4081

R.E.I.D. Contracting, Inc.
106 Alexandria Dr.
Vernon Hills, IL 60061-2047

Redfish LLC
Rising Sun Restaurant Group II, LLC
5050 N. 40th St., #200
Phoenix, AZ 85018-2152

Roula Associates Architects, Chtd.
400 N. State, Ste. 400
Chicago, IL 60654-5624

Salmar Inc. d/b/a Cityfood
400 N. State St.
Chicago, IL 60654-5624

Schindler Elevator Corporation
120 S. Riverside Plz., Rm. 1666
Chicago, IL 60606-3911

Specialty Mat Service
2730 Beverly Dr.
Aurora, IL 60502-8595

Surety Bonding Company of America
333 S. Wabash
Chicago, IL 60604-4107

TIG Insurance Company
305 Madison Ave.
Morristown, NJ 07960-6117

Terminix
655 W. Grand Ave., Ste. 150
Elmhurst, IL 60126-1035

Gina B Krol ESQ
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602-4600

Friedman & Holtz, P.C.
205 South LaSalle Street
Suite 700
Chicago, IL 60604-1330

William T Neary
Office of the US Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

State & Kinzie Associates, Inc.
400 N. State St.
Chicago, IL 60654-5624

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

42nd Ward Regular Democratic Org.
400 N. State St., Ste. 440
Chicago, IL 60654-5624

A Discount Lock Co., Inc.
849 W. Grand Ave.
Chicago, IL 60642-6564

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Abraham Brustein
DiMonte & Lizak, LLC
216 West Higgins Rd
Park Ridge, IL 60068-5706

American Casualty Company
of Reading Pennsylvania
333 S. Wabash Ave.
Chicago, IL 60604-4107

Amlings Interior Landscape
PO Box 88688
Carol Stream, IL 60188-0688

Anchor Building Services
3030 W. Chicago Ave.
Chicago, IL 60622-4318

Aqua Plumbing Services, Inc.
200 Larkin Dr., Unit C
Wheeling, IL 60090-6498

Barbara J Metzl
505 Redondo Drive
#206
Downers Grove, IL 60516-4634

Barbara J. Metal
505 Redondo Dr.
Downers Grove, IL 60516-4533

Bedco Mechanical Inc.
322 N. Wolf Rd.
Mount Prospect, IL 60056-2735

CNA Surety
333 S. Wabash Ave.
Chicago, IL 60604-1040

City of Chicago
Dept. of Water Management
PO Box 6330
Chicago, IL 60680-6330

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Continental Casualty Company
333 S. Wabash Ave.
Chicago, IL 60604-4107

Crum & Forster Surety
305 Madison Ave.
Morristown, NJ 07960-6100

Custom Security Electronics, Inc.
237 W. Factory Rd.
Addison, IL 60101-5001

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Drake Partners
Attn: Christine A. Panozzo
400 N. State St.
Chicago, IL 60654-5624

Emily Timm
1309 W. Addison St.
Chicago, IL 60613-4676

Fireman's Insurance Company
of Newark, New Jersey
333 S. Wabash Ave.
Chicago, IL 60604-4107

Fox Valley Fire & Safety Co.
2730 Pinnacle Dr.
Elgin, IL 60124-7943

HSBC Mortgage Services
C/O Stawiarski & Assocites
6560 Greenwood Plaza Blvd
Ste 325
Englewood, Co 80111-7104

Industrial Patrol Service Corp.
1900 N. Austin, Ste. 427
Chicago, IL 60639-5010

LaSalle Bank National Association
135 S. LaSalle St., Ste. 162
Chicago, IL 60603-4177

The Continental Insurance Company
33 S. Wabash Ave.
Chicago, IL 60603-3017

The Museum of Broadcast
Communications Inc
400 N. State St., Ste. 240
Chicago, IL 60654-6860

The North River Insurance Company
305 Madison Ave.
Morristown, NJ 07960-6117

The Northern Trust Company
50 South LaSalle Street
Chicago, IL 60675-0001
Attn: Merlon J. Shuneman, Senior VP

United States Fire Insurance Co.
305 Madison Ave.
Morristown, NJ 07960-6117

United States Fire Protection, Inc.
28427 N. Ballard, Unit H
Lake Forest, IL 60045-4542

Universal Surety of America
333 S. Wabash Ave.
Chicago, IL 60604-4107

Wells Fargo Bank N.A.
633 Folsom St., 5th Floor
San Francisco, CA 94107-3623

Western Surety Company
333 S. Wabash Ave.
Chicago, IL 60604-4107