IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | Chapter 11 |
| | ) | |
| **STATE & KINZIE ASSOCIATES, L.P.,** | ) | No. 07 B 12150 |
| | ) | |
| Debtors. | ) | |

## N O T I C E

TO:   SEE ATTACHED SERVICE LIST, Via U.S. Mail

PLEASE TAKE NOTICE that on the 27th day of May, 2009, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **EUGENE R. WEDOFF,** Bankruptcy Judge, in Courtroom No.744, or before such other Judge as may be sitting in his place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion, at which time and place you may appear, if you so see fit.

/s/ Gina B. Krol
GINA B. KROL
105 West Madison Street, Suite 1100
Chicago, IL 60602
312/368-0300

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF C O O K   )

GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Motion attached thereto, directed to the persons shown on the attached Service List, U.S. Mail, this 28th day of April, 2009.

/s/ Gina B. Krol

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **STATE & KINZIE ASSOCIATES, L.P.,** | ) | No. 07 B 12150 |
| | ) | |
| Debtor(s). | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

TO THE HONORABLE **EUGENE R. WEDOFF,**
    BANKRUPTCY JUDGE

Now comes GINA B. KROL, Chapter 11 Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. That on the 8th day of July, 2007, the above-named Debtor filed the above-captioned Chapter 11 petition.

2. That this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on January 28, 2009.

3. That the Chapter 11 Trustee has made the distributions due under the Plan.

4. That the Chapter 11 Trustee has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

WHEREFORE, GINA B. KROL, Chapter 11 Trustee herein, prays for the entry of a Final Decree in this matter and an Order directing the Clerk of the United States Bankruptcy Court to close this case, and for such other and further relief as the Court shall deem proper.

                                                  GINA B. KROL, Chapter 11 Trustee for
                                                  State & Kinzie Associates, L.P.

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100        BY: /s/ GINA B. KROL
Chicago, IL 60602                                Chapter 11 Trustee
312/368-0300

State & Kinzie Associates, Inc.
400 N. State St.
Chicago, IL 60610-4624

Paula Maguire
Friedman & Holtz
208 S. LaSalle St., Ste. 760
Chicago, IL 60604

Steven B. Towbin
Shaw Gussis et al
321 North Clark Street, Suite 800
Chicago, Illinois 60610

US Bankruptcy Court
Eastern Division
219 S. Dearborn, 7th Floor
Chicago, IL 60604-1702

42nd Ward Regular Democratic Org.
400 N. State St., Ste. 440
Chicago, IL 60610

A Discount Lock Co., Inc.
849 W. Grand Ave.
Chicago, IL 60622-6564

AT&T
PO Box 9001309
Louisville, KY 40290-1309

Abraham Brustein
DiMonte & Lizak, LLC
216 West Higgins Rd
Park Ridge, IL 60068-5706

American Casualty Company
of Reading Pennsylvania
333 S. Wabash Ave.
Chicago, IL 60604

Amlings Interior Landscape
PO Box 88688
Carol Stream, IL 60188-0688

Anchor Building Services
3030 W. Chicago Ave.
Chicago, IL 60641

Aqua Plumbing Services, Inc.
200 Larkin Dr., Unit C
Wheeling, IL 60090

Barbara J. Metzl
505 Redondo Dr.
Downers Grove, IL 60516

Bedco Mechanical
Attn: Rick Bednarz
322 N. Wolf Rd.
Mount Prospect, IL 60056

CNA Surety
333 S. Wabash Ave.
Chicago, IL 60604

City of Chicago
Dept. of Water Management
PO Box 6330
Chicago, IL 60680-6330

ComEd
Bill Payment Center
Chicago, IL 60668-0001

Continental Casualty Company
333 S. Wabash Ave.
Chicago, IL 60604-4107

Crum & Forster Surety
305 Madison Ave.
Morristown, NJ 07932

Custom Security Electronics, Inc.
237 Factory Rd.
Addison, IL 60101-5001

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Drake Partners
Attn: Christine A. Panozzo
400 N. State St.
Chicago, IL 60610

Emily Timm
1309 W. Addison St.
Chicago, IL 60613

Firemen's Insurance Company
of Newark, New Jersey
333 S. Wabash Ave.
Chicago, IL 60604

Fox Valley Fire & Safety Co.
2730 Pinnacle Dr.
Elgin, IL 60124

HSBC Mortgage Services
c/o Stawiarski & Associates
6560 Greenwood Pl. Blvd., Ste. 325
Englewood, CO 80111-4980

Industrial Patrol Service Corp.
1900 N. Austin, Ste. 427
Chicago, IL 60639

LaSalle Bank National Association
135 S. LaSalle St., Ste. 162
Chicago, IL 60603

LaSalle Bank N.A.
c/o David Lynch, DLA Piper Rudnick
203 N. LaSalle St., Ste. 1900
Chicago, IL 60601

Lombard General Insurance Company
of Canada
305 Madison Ave.
Morristown, NJ 07932

Maria Rocha
400 N. State St.
Chicago, IL 60610

Marijo Gordon Designs
400 N. State St., Ste. 440A
Chicago, IL 60610

Michael S. Schwendener
1000 Vandustrial Dr.
Westmont, IL 60559-2468

Midwest Bank & Trust Company
c/o Tom Caravello
501 West North Ave
Melrose Park, IL 60160-1628

Midwest Bank and Trust Company
c/o Aronberg Goldgehn et al.
330 N. Wabash Ave., Ste. 1700
Chicago, IL 60611-3699

Daniel J. Hyman
Millennium Properties R/E, Inc.
Two First National Plaza
20 S. Clark St., Ste. 630
Chicago, IL 60603

National Fire Insurance Company
of Hartford
333 S. Wabash
Chicago, IL 60604

Peoples Energy
Chicago, IL 60687-0001

Premier Waste & Recycling
PO Box 17111
Chicago, IL 60617

Quill Corporation
PO Box 94081
Palatine, IL 60094-4081

R.E.I.D. Contracting, Inc.
106 Alexandria Dr.
Vernon Hills, IL 60061-2047

Redfish LLC
Rising Sun Restaurant Group II, LLC
5050 N. 40th St., #200
Phoenix, AZ 85018

Roula Associates Architects, Chtd.
400 N. State, Ste. 400
Chicago, IL 60610

Salmar Inc. d/b/a Cityfood
400 N. State St.
Chicago, IL 60610

Schindler Elevator Corporation
120 S. Riverside Plz., Rm. 1666
Chicago, IL 60606-3911

Specialty Mat Service
2730 Beverly Dr.
Aurora, IL 60504

Surety Bonding Company of America
333 S. Wabash Ave.
Chicago, IL 60604

TIG Insurance Company
305 Madison Ave.
Morristown, NJ 07932

Terminix
655 W. Grand Ave., Ste. 150
Elmhurst, IL 60126

The Continental Insurance Company
333 S. Wabash Ave.
Chicago, IL 60604

Bruce Dumont
The Museum of Broadcast Comm.
400 N. State St., Ste. 240
Chicago, IL 60610

The North River Insurance Company
305 Madison Ave.
Morristown, NJ 07932

The Northern Trust Company
Attn: Merlon J. Shuneman, SVP
50 S. LaSalle St.
Chicago, IL 60675

United States Fire Insurance Co.
305 Madison Ave.
Morristown, NJ 07932

U.S. Fire Protection
28427 N. Ballard, Unit H
Lake Forest, IL 60045

Universal Surety of America
333 S. Wabash Ave.
Chicago, IL 60604

Wells Fargo Bank N.A.
633 Folsom St., 5th Floor
San Francisco, CA 94107

Western Surety Company
333 S. Wabash Ave.
Chicago, IL 60604

Allen J. Guon
Shaw Gussis et al
321 North Clark Street, Suite 800
Chicago, Illinois 60610

Gina B. Krol
Cohen & Krol
105 West Madison St, Ste 1100
Chicago, IL 60602-4600

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Consultez la feuille d'instruction
www.avery.com
1-800-GO-AVERY

Mark L. Radtke
Shaw Gussis et al
321 North Clark Street, Suite 800
Chicago, Illinois 60610

Vipin R Gandra
Shaw Gussis et al
321 North Clark Street, Suite 800
Chicago, Illinois 60610

Gretchen Silver
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Ste. 873
Chicago, IL 60604-1702

Dept of the Treasury (IRS)
Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114

Joseph E. Cohen
Yan Teytelman
Cohen & Krol
105 West Madison St, Ste 1100
Chicago, IL 60602-4600

Illinois Dept of Revenue
100 West Randolph Dr.
Bankruptcy Section L-425
Chicago, IL 60602

IRS
P.O. Box 97001
St. Louis, MO 63197-0011

James E. Morgan
Bell Boyd & Lloyd
70 West Madison #300
Chicago, IL 60602

Chicago Title Land Trust Company
181 West Madison, 17th Floor
Chicago, Il 60602

City of Chicago
Dept of Buildings
2240 West Ogden, 2nd Fl
Chicago, IL 60612

John P. Finn
584 Gateshead North
Elk Grove Village, IL 60007

Safeco Insurance Companies
PO Box 34526
Seattle, WA 98124-1526

The River North Insurance Co
305 Madison Ave.
Morristown, NJ 07932

Jack J. Crowe, Daniel J. McGuire
Stephen C. Schulte, Ryanne L. Easley
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601

Huen Electric, Inc.
c/o Patrick Mazza
290 S. Main Place, Ste. 101
Carol Stream, IL 60188-2476

Patrick T. Wallace
Pension and Welfare Fund
53 W. Jackson Blvd., Ste. 550
Chicago, IL 60605

John S. Mrowiec
Conway & Mrowiec
20 S. Clark St., Ste. 1000
Chicago, IL 60603

August A. Pilati
August A. Pilati and Assoc., LLC
53 W. Jackson Blvd., Ste. 528
Chicago, IL 60604

William J. Serritella Jr.
Aronberg Goldgehn et al.
330 N. Wabash Ave., Ste. 3000
Chicago, IL 60611

Patrick K. Dahl
Dahl & Bonadies
225 W. Washington St., Ste. 1640
Chicago, IL 60606

Scott B. Greene, Daniel A. Zazove
Perkins Coie LLP
131 S. Dearborn St., Ste. 1700
Chicago, IL 60603-5559

Nu-Line Electric Co., Inc.
24101 S. Municipal Dr.
Channahon, IL 60410

W. Kent Carter
Clark Hill PLC
150 N. Michigan Ave., Ste. 2400
Chicago, IL 60601-7553

Jason Martin Loebach
Daniel A. Edelstein
Chitkowski Law Offices
801 Warrenville Rd., Ste. 620
Lisle, IL 60532

JE Sebastian, WJ. Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle St., Ste. 300
Chicago, IL 60601

Diane M. Baron
Clausen Miller, P.C.
10 S. LaSalle St.
Chicago, IL 60603

Christopher R. Parker
Paul A. Lucey
Michael Best & Friedrich LLP
180 N. Stetson Ave., Ste. 2000
Chicago, IL 60601

The Kroger Company
d/b/a Food 4 Less
4111 Executive Pkwy
Westerville, OH 43081

Gate Precast Erection Company
c/o A. M. Edmond, Lyman & Nielsen
1301 W. 22nd St., Ste. 914
Oak Brook, IL 60523-2035

Gate Precast Erection Company
c/o Ann Edmonds
608 S. Washington, Ste. 207
Naperville, IL 60540

Easy Peel Labels
Use Avery® TEMPLATE 5160®
Case 07-12390    Doc 410    Filed 04/29/09    Entered 04/29/09 09:32:22    Desc Main
Document    Page 6 of 6
See Instruction Sheet
AVERY® 5160®

Michael Forti/Thomas Forgue
City of Chicago, Dept. Of Law
30 N. LaSalle St., Ste. 900
Chicago, IL 60602

E.Z. Mathieson, R.J. Kooy
Dean J. Tatooles
Tressler, Soderstrom, et al
233 South Wacker Dr., 22nd Floor
Chicago, IL 60606

Hartford Fire Insurance Company
c/o William Piper, Riordan Donnelly
10 N. Dearborn Street, Ste. 400
Chicago, IL 60602

F. Kevin Murnighan
Carey, Filter, White & Boland
33 W. Jackson, 5th Floor
Chicago, IL 60604

Laurie A. Silvestri
Law Offices of Laurie A. Silvestri
Three First National Plaza, Ste. 3700
Chicago, IL 60602

Mobile Office Inc.
4845 W. 111th St.
Alsip, IL 60803

ABC Board Up Co.
P.O. Box 668
Hillside, IL 60162

S.A. Associates
c/o Michael S. Schwendener
413 East 57th Street
Hinsdale, Illinois 60521

David J. Letvin
Letvin & Stein
541 N. Fairbanks Ct., Ste. 2121
Chicago, IL 60611

Charles Ingrassia
Office of Fund Counsel
53 W. Jackson Blvd., Ste. 550
Chicago, IL 60604

The Travelers
One Tower Square
Remittance Box 12787
Hartford, CT 06183-9043

Du-Al Floor Co., Inc.
4210 W. 124th Place
Alsip, IL 60803

Justin L. Weisberg
Raymond M. Krauze
BryceDowney, LLC
200 N. LaSalle St., Ste. 2700
Chicago, IL 60601

Richard D. Trainor
Richard D. Trainor Ltd.
33 N. Dearborn St., Ste. 1700
Chicago, IL 60602

Barry A. Berk
493 Laurel Ave.
Highland Park, IL 60035

M.P. Associates Limited Partnership
c/o Michael S. Schwendener
413 East 57th Street
Hinsdale, Illinois 60521

Carpets By Kornick, Ltd.
29 E. Rawls
Des Plaines, IL 60018

Marc D. Sherman
Marc D. Sherman & Associates, P.C.
3700 W. Devon Ave., Ste. E
Lincolnwood, IL 60712

Sal Marino
Travelers - National Accounts
1 Tower Square, 5MN
Hartford, CT 06183-4044

Andrew Weiss
Gardiner Koch & Weisberg
53 W. Jackson Blvd., Ste. 950
Chicago, IL 60604

Solai Cameron, Inc.
c/o Justin L Weisberg, Bryce Downey
200 N. LaSalle St., Ste. 2700
Chicago, IL 60601

Michael S. Schwendener
413 East 57th Street
Hinsdale, Illinois 60521

Thomas S. Kiriakos
Matthew V. Wargin
Mayer Brown LLP
71 S. Wacker Dr.
Chicago, IL 60606

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Consultez la feuille d'instruction
www.avery.com
1-800-GO-AVERY